PHILADELPHIA TRUST, SAFE DEPOSIT AND INSURANCE COMPANY, PLAINTIFFS IN ERROR, v. BOROUGH OF MERCHANTVILLE, DEFENDANT IN ERROR.

Submitted July 6, 1908—Decided November 16, 1908.

On error to the Supreme Court, whose opinion is reported in 46 *Vroom* 451.

For the plaintiffs in error, *Herbert A. Drake.*

For the defendant in error, *William Early.*

PER CURIAM.

The judgment under review in this case is affirmed, for the reasons stated in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, SWAYZE, REED, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J. 13.

*For reversal*—None.